**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RALPH NATALE, DAVID PEREZ,
DEMOS DEMOPOULOS, JEFFREY ISAACS,
KIRK CONAWAY, and ROY KOHN
as TRUSTEES OF HEALTH FUND 917, and
HEALTH FUND 917,

                            Plaintiffs,

   -against-

PACIFIC PETROLEUM TRANSPORT CO.
and JOHN FAY,

                          Defendants.
------------------------------------------------------------------x

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

CIVIL ACTION NO.:
18-CV-3563

Plaintiffs, by their attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss without prejudice their complaint in the above-captioned action.

Dated: February 12, 2019
       New York, New York

                      KLEIN ZELMAN ROTHERMEL JACOBS & SCHESS LLP

                      BY: /s/ Jesse Grasty
                            Jesse Grasty (5357)
                            485 Madison Avenue, 13th Floor
                            New York, New York 10022
                            (212) 935-6020
                            *Attorneys for Plaintiffs*